Plaintiff's Name: BRIAN TRACY HILL
Prisoner No. (275952-0.)(0025011 22.)
Institution: Metropolitan - DSH
11401 S. Bloomfield Ave.
Norwalk, CA. 90650.

**FILED**
OCT 08 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Amended 9-18-2025.

BRIAN TRACY HILL,
(Enter your full name)

v.

CONTRA COSTA COUNTY SHERIFF'S DEPARMENT
SHERIFF'S DEPUTIES,
Does 1 Thur 10.
(Enter the full name(s) of all defendants in this action)

Case No. 25-CV-06832-LB
(Provided by the Clerk upon filing)

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement: Metropolitan - DSH

B. Is there a grievance procedure in this institution? ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure? ☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: Procedure inadequate, grievances subverted by personell Not Responded To.

2. First formal level: Same as above.

3. Second formal level: __Same as above.__

4. Third formal level: __Same as above.__

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
__Grievance procedure inadequate,__
__Grievance subverted by personell;__
__Not Responded to or Returned.__

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
__N/A__

B. For each defendant, provide full name, official position and place of employment.
__True names of each Defendant unknown at__
__this time. They are, each of them, sued as__
__Does 1 thur 10; Contra Costa County Sheriff's__
__Department Deputies in their individual__
__and official capacities.__

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

__Between April 2024, thur and until october__
__2024 while Plaintiff was being detained at__
__Martinez Detention Facility (MDF) while__
__assigned to, F-module, cell #22. Plaintiff__

was assualted and Battered by unknown Contra Costa County Sheriff's Department Deputies, sued Does 1 Thur 10, without Reasonable and/or [illegible] just cause; causing injuries to Plaintiff's head and body. At the time of the aforestated Assualt and Battery, Plaintiff was Transported to an outside Hospital. Returned to same unit and cell "F-22" But denied further medical care and treatment. Grievances submitted pertaining to the incident were not Responded to. Plaintiff was Released from detention on or about October 2024. Plaintiff, however; was redetained in (MDF) and West County Detention facility from January 2025 Thur and until July 2025, during which time plaintiff was assualt and battered on a number of seperate occasions without Reasonable and/or just cause by Contra Costa County Sheriff's Department, Sheriff's Deputies (Does 1 Thur 10.) sustaining injuries to head and body.

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Internal affairs investigation into all allegations herein; Reprimand and/or firing of any and all found responsible; Monetary Reward for damages, Punitive, cost of suit ect. Jury Trial on any and all Triable issues. To be free from future Reprisal.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: September 18th, 2025.       Brian T. Hu
                    Date                              Signature of Plaintiff